LARRY ABLES et al., Individually and on Behalf of All Others Similarly Situated, Appellants-Respondents, v BORDEN, INC., et al., Defendants, and C. P. CHEMICAL COMPANY, INC., Respondent-Appellant. (Appeal No. 2.) — Order unanimously affirmed, without costs. Memorandum: We note that the part of the order denying C. P. Chemical's motion to reargue is not appealable (see *Catalogue Serv. v Insurance Co.*, 90 AD2d 838). (Appeals from order of Supreme Court, Erie County, Cook, J. — discovery.) Present — Doerr, J. P., Boomer, O'Donnell and Schnepp, JJ.

 In the Matter of BROADACRES SKILLED NURSING FACILITY, Respondent, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Appellants. — Order unanimously affirmed, with costs. Memorandum: We affirm for the reasons stated in *Matter of Cortlandt Nursing Home v Axelrod* (99 AD2d 105, app dsmd 63 NY2d 772). We add only that since the State's appeal from a prior order entered May 11, 1983 was dismissed, petitioner-respondent is now entitled to enforce each and every portion of that order (see CPLR 5519, subd e). (Appeal from order of Supreme Court, Oneida County, Stone, J. — art 78.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

 STATE DIVISION OF HUMAN RIGHTS, on Complaint of SIRLEE GASKIN, Petitioner, v GENERAL MOTORS CORPORATION, CHEVROLET TONAWANDA MOTOR DIVISION, Respondent. — Determination unanimously confirmed and petition dismissed, without costs. Memorandum: We find that the determination of the New York State Human Rights Appeal Board is supported by substantial evidence (Executive Law, § 297-a, subd 7, par [d]; see, also, *300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176). (Proceeding pursuant to Executive Law, § 298.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.